1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7 JOHN MACHIKAWA, et al., | Case No.  15-cv-01001-HSG |
| 8         Plaintiffs, | **ORDER CONTINUING DEADLINES FOR DEFENDANTS TO ANSWER OR** |
| 9     v. | **OTHERWISE RESPOND TO COMPLAINTS** |
| 10 COOPER VISION, INC., et al., | |
| 11       Defendants. | |
| 12 | |
| 13 RACHEL MILLER, et al., | Case No. 15-cv-01028-HSG |
| 14         Plaintiffs, | |
| 15     v. | |
| 16 ALCON LABORATORIES, INC., et al., | |
| 17       Defendants. | |
| 18 SUNEETA D FERNANDES, | Case No. 15-cv-01045-HSG |
| 19       Plaintiff, | |
| 20     v. | |
| 21 ALCON LABORATORIES, INC., et al., | |
| 22       Defendants. | |
| 23 STEPHEN MANGUM, | Case No. 15-cv-01064-HSG |
| 24       Plaintiff, | |
| 25     v. | |
| 26 COOPERVISION, INC.,, et al., | |
| 27       Defendants. | |
| 28 | |

United States District Court
Northern District of California

<table>
<tr><td>

1

2

3

4

5
</td><td>

KIMBERLY MARTIN,

       Plaintiff,

   v.

ALCON LABORATORIES, INC., et al.,

       Defendants.
</td><td>Case No. 15-cv-01090-HSG</td></tr>
</table>

1 KIMBERLY MARTIN,
2     Plaintiff,
3   v.
4 ALCON LABORATORIES, INC., et al.,
5     Defendants.

Case No. 15-cv-01090-HSG

6 SUSAN G GORDON,
7     Plaintiff,
8   v.
9 COOPER VISION, INC., et al.,
10     Defendants.

Case No. 15-cv-01092-HSG

11 MATTHEW J. CARDAMONE,
12     Plaintiff,
13   v.
14 ALCON LABORATORIES, INC., et al.,
15     Defendants.

Case No. 15-cv-01093-HSG

16 GLORIA GOLDBLATT,
17     Plaintiff,
18   v.
19 ALCON LABORATORIES, INC., et al.,
20     Defendants.

Case No. 15-cv-01095-HSG

21 SERGE PENTSAK, et al.,
22     Plaintiffs,
23   v.
24 ALCON LABORATORIES, INC., et al.,
25     Defendants.

Case No. 15-cv-01097-HSG

26
27
28

United States District Court
Northern District of California

| | |
|---|---|
| JULIANA BRODSKY, | Case No. 15-cv-01123-HSG |
| Plaintiff, | |
| v. | |
| COOPER VISION, INC., et al., | |
| Defendants. | |
| DUSTY PRICE, et al., | Case No. 15-cv-01124-HSG |
| Plaintiffs, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |
| BENJAMIN W. HEWITT, et al., | Case No. 15-cv-01196-HSG |
| Plaintiffs, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |

Motions to transfer the above-captioned class actions, along with other related actions filed in other districts, to a single district for coordination or consolidation are currently pending before the Judicial Panel for Multidistrict Litigation ("JPML").  *See In re: Disposable Contact Lens Antitrust Litigation*, MDL No. 2626.  The deadlines for Defendants to answer or otherwise respond to the complaints filed in the above-captioned class actions are hereby continued pending resolution of MDL No. 2626.  Discovery shall also be stayed pending resolution of MDL No. 2626.  However, if Defendants are required to answer or otherwise respond to another complaint in a related class action before then, Defendants will answer or otherwise respond to the complaints in the above-captioned class actions at the same time.  Furthermore, if any Defendant responds to any discovery requests or makes any initial disclosures in a related class action, that Defendant will simultaneously provide the same responses and/or disclosures to any Plaintiff in any one of the above-captioned class actions involving that Defendant.

1    **IT IS SO ORDERED.**

2    Dated: March 31, 2015

3    _____

4    HAYWOOD S. GILLIAM, JR.
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California