Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Gloria Goldblatt,

     Plaintiff(s),

v.

Alcon Laboratories, Inc., Bausch + Lomb, Johnson & Johnson Vision Care, Inc., Cooper Vision, Inc., and ABB Optical Group,

     Defendant(s).

Case No: 15CV1095-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Dan Drachler, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Gloria Goldblatt in the above-entitled action. My local co-counsel in this case is Brendan P. Glackin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1904 Third Avenue, Suite 1030, Seattle, WA 98101 | 275 Battery Street, 29th Floor, San Francisco CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 223-2053 | (415) 956-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ddrachler@zsz.com | bglackin@lchb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 27728.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/31/15

                Dan Drachler
                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Dan Drachler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/2015

                *Haywood S. Gilliam Jr.*
                UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Dan Drachler was duly admitted to practice in this Court on December 03, 2007 and is in good standing in this Court.

Dated at San Francisco, California on March 10, 2015.

*[signature]*

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit